UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIJUE ADOLPHUS MCGHEE,<br>　　　　Plaintiff,<br>　　v.<br>R. JAIME-DAUMY, et al.,<br>　　　　Defendants. | Case No. 20-cv-05135-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, the Court DISMISSES this action without prejudice.  The Clerk shall enter judgment in favor of Defendants, deny all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  3/22/2021

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge