UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIJUE ADOLPHUS MCGHEE,<br><br>    Plaintiff,<br><br>    v.<br><br>R. JAIME-DAUMY, et al.,<br><br>    Defendants. | Case No. 20-cv-05135-HSG<br><br>**ORDER DENYING REQUEST FOR CONTINUANCE**<br><br>Re: Dkt. No. 27 |

This *pro se* civil rights action against San Quentin State Prison ("SQSP") officers Jaime-Daumy and Wren was dismissed on March 22, 2021 for failure to prosecute. Dkt. No. 16. Plaintiff has filed a motion in this closed case, requesting a continuance from the Court of Appeals "for a final judgment 'in the furtherance of justice' grant punitive damages, monetary damages, and all other relief awarded to the Plaintiff as the Court deems fit." Dkt. No. 16 at 3. Plaintiff states that he presented documents to the Court of Appeals in 2020. Dkt. No. 16 at 2. Plaintiffs request is DENIED. If Plaintiff wishes to seek relief from the Ninth Circuit Court of Appeals, he should file such a request with the Court of Appeals, and not with this Court. This Court cannot order the Court of Appeals to grant Plaintiff relief. If Plaintiff is requesting judgment in his favor in this case, that request is DENIED as this case is closed and judgment has already been entered in favor of Defendants. Dkt. Nos. 16, 17.

This order terminates Dkt. No. 27. This case remains closed.

**IT IS SO ORDERED.**

Dated: 3/7/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge