UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIJUE ADOLPHUS MCGHEE,<br><br>      Plaintiff,<br><br>   v.<br><br>R. JAIME-DAUMY, et al.,<br><br>      Defendants. | Case No. 20-cv-05135-HSG<br><br>**ORDER DENYING REQUESTS FOR COPIES OF EVIDENCE**<br><br>Re: Dkt. No. 35 |

Plaintiff has filed a letter in this closed case requesting a copy of his grievances and a copy of the envelope from the restitution collection agency in Rancho Cordova with contents. Dkt. No. 35. This request is DENIED as the Court is not in possession of these documents. The Court does not collect or store evidence on behalf of litigants. If Plaintiff seeks copies of documents filed in the court docket, he may submit a request for copies, along with the appropriate fee. The Court has already provided Plaintiff with courtesy copies of various pleadings free of charge.

This case remains closed.

**IT IS SO ORDERED.**

Dated: 5/11/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge